In the matter of the estate of Chester Corbin, deceased. Augustine Corbin, appellee, v. David H. Kraft, administrator of estate of Chester Corbin, deceased, appellant. Gen. No. 39,935.

Opinion filed October 10, 1938. Rehearing denied October 24, 1938.

Schofield & Wood, for appellant. Edward A. Dreis and Eugene C. O'Reilly, for appellee.

Mr. Justice Matchett delivered the opinion of the court.